PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Marcus Darel Johnson                                Docket No. 5:21-CR-36-1M

### Petition for Action on Conditions of Pretrial Release

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Marcus Darel Johnson, who was placed under pretrial release supervision by the Honorable Brian S. Meyers, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 22nd day of April, 2025.

On May 9, 2025, in response to the defendant testing positive for marijuana on April 29 and May 5, 2025, the court agreed to continue supervision without modification so that the defendant could continue to engage in outpatient substance abuse treatment.

On June 23, 2025, defendant appeared before the Honorable Richard E. Myers II, Chief United States District Judge for arraignment, and supervision was continued under existing conditions.

On August 6, 2025, in response to the defendant testing positive for cocaine on July 29, 2025, the court agreed to continue supervision without modification so that the defendant could continue to engage in outpatient substance abuse treatment, and the ongoing treatment plan was updated to include individual and group counseling.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since his release, the defendant has engaged in outpatient substance abuse treatment as ordered by the court. On October 1, 2025, after discussing it with the defendant, the treatment provider recommended that the defendant submit to a mental health evaluation. The proposed modification has been discussed with the defendant's attorney, and the defendant has signed a waiver of hearing, agreeing to the proposed modification to the conditions of release.

**PRAYING THAT THE COURT WILL ORDER** the conditions of release modified as follows:

- The defendant shall participate in a program of mental health treatment, as directed by the probation officer.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John Seth Coleman
John Seth Coleman
U.S. Probation Officer
150 Rowan Street, Suite 110
Fayetteville, NC 28301
Phone: 910-354-2545
Executed On: October 7, 2025

### ORDER OF THE COURT

Considered and ordered the ___8th___ day of ___October___, 2025, and ordered filed and made part of the records in the above case.

_Richard E Myers II_
Richard E. Myers II
Chief United States District Judge